IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-CR-00247-1-BCW |
| ) | |
| LYNDALE E. WATSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Counts' Report and Recommendation (Doc. #40) finding Defendant Watson competent to stand trial. No objections were filed to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Counts' findings of fact and conclusions of law that Defendant Watson is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #40) the Defendant is competent to stand trial. It is further

ORDERED that Magistrate Judge Counts' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: April 8, 2021     /s/ Brian C. Wimes
                        JUDGE BRIAN C. WIMES
                        UNITED STATES DISTRICT COURT